IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05mj151-C |
| | ) | |
| THOMAS HAMILTON | ) | |

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO BAIL**
**REFORM ACT**

Upon the oral motion of the government, it is ORDERED that a detention hearing is set for December 27, 2005 at 3:00 p.m. in Courtroom 4-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

Done this 23rd day of December, 2005.

                        /s/Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE