# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
### Montgomery, Alabama

HON. CHARLES S. COODY

DATE COMMENCED: 12/27/05      DIGITAL RECORDING: 2:58 - 3:43

DATE COMPLETED: 12/27/05

USA                                      *    2:05mj151-CSC

vs                                       *

Thomas Hamilton                          *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| AUSA David Cooke | * | Christine Freeman |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy              Ron Thweatt

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Identity and Detention Hearing

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | USA v. Thomas Hamilton 2:05mj151-CS: Identity and Detention Hearing | |
| **Date** | 12/27/2005 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 3:00:43 PM | Court | Opens Proceedings |
| 3:01:03 PM | Government | Calls Witness Agent Greenwood; Witness testifies |
| 3:03:44 PM | Defendant | Questions Witness Agent Greenwood |
| 3:14:52 PM | Government | No Further Questions |
| 3:15:14 PM | Defendant | Moves to Dismiss Warrant |
| 3:16:02 PM | Government | Responds |
| 3:16:27 PM | Court | Requests Counsel to Approach the Bench |
| 3:17:41 PM | Court | Addresses allowing defendant out on bond until he reports to the Middle District of Florida in 2 weeks; Court in recess until information is obtained regarding to whom to report in MD-FL and Bond information is reviewed by the defendant |
| 3:40:01 PM | Court | Questions Defendant regarding his understanding of the bond; Defendant to report to MD-FL as directed by Probation Officer; Defendant tendered both Bond and Order Setting Conditions of Release to the Court; Defendant Released on Bond |
| 3:43:09 PM | | Court in Recess |